# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

APR 1 2022 PM3:32
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Anjaknee Rovndtree-McCroney

v. Department OF CHILDREN & Families
Nichole Stewert
Gene P (DOE)
Sarah Gates

Case No. 3:22-cv-483-JAM
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Anjaknee Rovndtree-McCroney is a citizen of Connecticut who
   (Plaintiff)                                    (State)
presently resides at 31 Center Street
                     (mailing address)

2. Defendant Department of Children & Families is a citizen of Connecticut
            (name of first defendant)                    (State)
whose address is 364 Middle Turnpike Manchester Connecticut 06040

3. Defendant _____ is a citizen of _____
   (name of second defendant)                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Connecticut

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

In this complaint issued by Pro-Se Party (Anyaknee Nichole Randfree - Plantiff. Finds just cause of neglect, in stated by the Department of children and Families; in regards to Tykeese Z Palmer and Chloe E. Palmer. On the grounds of, no complying with anual doctor's visits; on the behalf of both children. The department was notified in multiple ways; as the appointment was originally schedule 3·22·2022. However the date was shifted; so that children could recieve their anual check up visit. According to the departments bylaws; this is classified a form of neglect. When child arent; attending their anual doctors visits.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Multiple Parties were notified; as both children needs; were intentionally neglected.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

— During a visit at the Department Gene P. (DOD) was notified on March 23rd; Gene P. (DO) Identified himself as an Case Social Worker who has been with the Department since approximately 2015 - 2016.

— Although no documentation was notified. THE Department was notified eight business days in advance.

Claims of Abuse

**Claim II:** Nichole Stewart was also notified through phone calls and appointment forwarded email confirmations. About the appointment; although no action was made to take the children for their annual doctors visit.

On 3/28/22 both appointments were changed/cancelled without rescheduling By Nichole Stewart and Sarah Gates

In which shows that all parties involved; had amicable time to get the children to their; alternatively arranged doctor's visit. Tykeise also showed signs of sore throat during most recent DCF visit on March 30, 2022. Although an email was far sent on March 31st, 2022, sent by Nichole Stewart - social worker, to cancel anual doctor visit for both children

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

Plaintiff is seeking 200,000,000 for lawsuit.

### F. JURY DEMAND

Do you wish to have a jury trial? (Yes) (No) - negotiable

_____          _____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

Anjaknie Ravnoltree McCroney
Printed Name                                             Printed Name Anjaknie Ravnoltree McCroney

( )                                                              ( )
Attorney's full address and telephone          Plaintiff's full address and telephone
                                                                 31 Center Street
                                                                 Vernon, CT 06066

Email address if available                           Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___Connecticut___ on ___4-1-2022___.
                   (location)                    (date)

_____
**Plaintiff's Original Signature**


(Rev.3/29/16)

5

Yahoo navigation: HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | Upgrade Now

Find messages, documents, photos or people

Compose | Back | Archive | Move | Delete | Spam

Inbox 9994
Unread
Starred
Drafts 187
Sent
Archive
Spam
Trash
Less

Views — Hide
  Photos
  Documents
  Subscriptions
  Deals
  Groceries
  Receipts
  Travel

Folders — Hide
  New Folder
  lisset

**eclinicalmail**
eclinicalmail.com
Visit site

New Appointment Reminder — Yahoo/Inbox

**Manchester Pediatric Associat** — Sat, Mar 19 at 3:02 AM
To: nichole6578@yahoo.com

**Manchester Pediatrics Associates**
2701 TAMARACK AVE
SOUTH WINDSOR, CT 06074-5561
Map: **Map It!**

Dear Tykeese,

You have an appointment scheduled at Manche[ster Pediatrics] Associates LLC.
Please review the details of your appointmen[t]

Appointment Details

*ORIGINAL DATE*

Date: 03/22/2022
Time: 10:00 A[M]

Location:
Manchester Pediatrics Associates LLC
2701 TAMARACK AVE, SOUTH WINDSOR, 06074-5561 860-647-8282

---

Handwritten annotations:

1

Rescheduled In Person Notified All Parties 3/21/2022

Informed ~~DCF Worker~~ Gene ~~Patten~~ Pollen During visit on March 23; about new appointment Date 9:47am - 9:50 am 10:00

8 business Days in advance to find coverage
"He informed me that he'd notify her appropriately"

April 1st, 2022
I requested That he also notify Nichole Stewart; Although no case note were documented during visit.



Rescheduled IN Person

Notified all parties

3·21·2022

## RE: New Appointment Reminder

From: STEWART, NICHOLE (nichole.stewart@ct.gov)

To: nichole6578@yahoo.com

Cc: sarah.gates@ct.gov

Date: Thursday, March 31, 2022, 03:57 PM EDT

Good Afternoon Ms. Roundtree,

The appointments for Chloe and Tykeese will be rescheduled for when a DCF staff member is able to be in attendance for the appointment. I have called and spoke with the doctor's office regarding the appointment and they are aware of the need to cancel the appointment at this time.

Thank you,

## Nichole Stewart, MSW

Social Worker
Department of Children and Families
364 Middle West Turnpike
Manchester, CT 06040
P: 860-533-3627
C: 860-381-9949
F: 860-533-3774
**Social Work Supervisor: Sarah Gates**
desk: 860.533.3707  cell: 203.525.4498

**From:** Anjaknie Roundtree <nichole6578@yahoo.com>
**Sent:** Tuesday, March 29, 2022 9:06 AM
**To:** STEWART, NICHOLE <NICHOLE.STEWART@ct.gov>; Abrams, Benjamin <Benjamin.Abrams@ct.gov>; John Eichholz <attyeichholz@gmail.com>; Alyssa S. Pershan <alyssa@pershanlaw.com>
**Subject:** Fw: New Appointment Reminder

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

----- Forwarded Message -----
**From:** Manchester Pediatric Associates <no-reply@eclinicalmail.com>
**To:** "nichole6578@yahoo.com" <nichole6578@yahoo.com>
**Sent:** Tuesday, March 29, 2022, 05:38:33 AM EDT
**Subject:** New Appointment Reminder

Manchester Pediatrics Associates LLC
2701 TAMARACK AVE
SOUTH WINDSOR, CT 06074-5561
Map: **Map It!**

Dear Tykeese,

# You have an appointment scheduled at Manchester Pediatrics Associates LLC.

## Please review the details of your appointment below.

**Appointment Details**

Date: 04/01/2022

Time: 10:40 AM EST5EDT

Location:
Manchester Pediatrics Associates LLC
2701 TAMARACK AVE  SOUTH WINDSOR, 06074-5561 860-647-8282

Patient Name:
Tykeese

View the facility location using Google Maps�?�: Map It!

For more information regarding your appointment, please log on to your secure Portal at https://health.healow.com/mpa4kids. It is recommended that you complete your child's Health & Development questionnaires under Milestones by clicking on CHADIS prior to your visit. The provider will then be able discuss the results at your visit.

Thank you for completing these forms and helping us provide the best care possible.

If you are unable to make this appointment, it is important that you call us at 860-647-8282 as soon as possible so we can make other arrangements.

We look forward to seeing you at your upcoming appointment.

Thank you,
Manchester Pediatrics Associates LLC

Let healow app help manage your busy schedule

**Remember things you want to do with healow notes**

**Set up reminders at the timesyou need most**



healow allows you to create notes that helps you remember things easily. Creating a note is as easy as clicking a button. Simply type in your note after selecting My Notes and save it.

Never forget your scheduled appointment with our super friendly reminder tools. Just set time for an alert ring and your alert will remind you, your appointments.



If you don't want to receive these emails from us in the future, you can Unsubscribe.

## New Appointment Reminder

From: Manchester Pediatric Associates (no-reply@eclinicalmail.com)
To: nichole6578@yahoo.com
Date: Tuesday, March 29, 2022, 05:38 AM EDT

*[Handwritten note:]* Verbally Expressed To Nichole Stewart about appointment 30th, 2022

*[Handwritten note:]* Appointment was Re-scheduled on March 21, 2022

*[Handwritten note:]* Notified John Eicholz

### Manchester Pediatrics Associates LLC
2701 TAMARACK AVE
SOUTH WINDSOR, CT 06074-5561
Map: **Map It!**

Dear Tykeese,

You have an appointment scheduled at Manchester Pediatrics Associates LLC.

Please review the details of your appointment below.

### Appointment Details


**Date:**
04/01/2022


**Time:**
10:40 AM EST5EDT

Location:
**Manchester Pediatrics Associates LLC**
2701 TAMARACK AVE  SOUTH WINDSOR, 06074-5561 860-647-8282

Patient Name:
**Tykeese**

View the facility location using Google Maps�?�: Map It!

For more information regarding your appointment, please log on to your secure Portal at https://health.healow.com/mpa4kids. It is recommended that you complete your child's Health & Development questionnaires under Milestones by clicking on CHADIS prior to your visit. The provider will then be able discuss the results at your visit.

Thank you for completing these forms and helping us provide the best care possible.

If you are unable to make this appointment, it is important that you call us at 860-647-8282 as soon as possible so we can make other arrangements.

We look forward to seeing you at your upcoming appointment.

Thank you,
Manchester Pediatrics Associates LLC

## Let healow app help manage your busy schedule

Remember things you want to do with healow notes

Set up reminders at the times you need most




healow allows you to create notes that helps you remember things easily. Creating a note is as easy as clicking a button. Simply type in your note after selecting My Notes and save it.

Never forget your scheduled appointment with our super friendly reminder tools. Just set time for an alert ring and your alert will remind you, your appointments.



### Let's Connect Via Our healow App
Get started in 3 simple steps!

**1. Download**
Download the free iOS or Android app

**CIFIAD**
**2. Enter this code**
Search for our practice using unique code: CIFIAD

**3. Login**
Login with your portal credentials given by our practice

If you don't want to receive these emails from us in the future, you can Unsubscribe.

